A CERTIFIED TRUE COPY

JUN 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 13 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1407

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

03-CV-230-WYD

**CONDITIONAL REMAND ORDER**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2005

GREGORY C. LANGHAM
CLERK

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By_____
Deputy Clerk

# SCHEDULE FOR CONDITIONAL REMAND ORDER
# DOCKET NO. 1407
# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 01-1692 | ALM | 2 | 01-802 | *Dorothy Matthews, etc. v. Bayer Corp., et al.* |
| WAW | 2 | 02-2586 | ALN | 2 | 02-2509 | *John M. Bruce, Sr. v. Bayer Corp., et al.* |
| WAW | 2 | 03-189 | ALN | 2 | 02-2784 | *Barbara Moore, etc. v. Bayer Corp.* |
| WAW | 2 | 02-2590 | ALN | 6 | 02-2359 | *Sheila Bridgmon, etc. v. Wyeth, Inc., et al.* |
| WAW | 2 | 03-2464 | ALS | 1 | 03-159 | *Yolanda Jones, et al. v. Bristol-Myers Squibb Co.* |
| WAW | 2 | 01-1641 | CAC | 2 | 01-5715 | *Tracy Littlejohn v. Bayer Corp., et al.* |
| WAW | 2 | 02-1073 | CAC | 2 | 02-2381 | *Lloyd Stiles, et al. v. Novartis, A.G., et al.* |
| WAW | 2 | 02-1515 | CAN | 3 | 02-1773 | *Donald E. Chambers, et al. v. American Home Products Corp., et al.* |
| WAW | 2 | 03-834 | CO | 1 | 03-230 | *Janet Taylor, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 02-2145 | FLN | 3 | 02-170 | *Richard M. Hartig, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 03-2469 | FLS | 0 | 03-60459 | *Susan Luckett v. Perrigo Co., et al.* |
| WAW | 2 | 02-25 | LAE | 2 | 01-3504 | *Robert L. Nichols v. Bayer Corp., et al.* |
| WAW | 2 | 02-264 | LAE | 2 | 01-3614 | *Gwen Johnson, et al. v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 02-1725 | LAE | 2 | 02-746 | *Wayne Ohmer v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 02-1730 | LAE | 2 | 02-784 | *Michael Brumfield v. Glaxo SmithKline PLC, et al.* |
| WAW | 2 | 02-2148 | LAE | 2 | 02-1007 | *Betty Lacey v. Bayer Corp., et al.* |
| WAW | 2 | 01-2108 | LAM | 3 | 01-864 | *Mary Nuernberg v. Novartis Corp., et al.* |
| WAW | 2 | 01-2161 | LAM | 3 | 01-977 | *Fannie Mae Jamerson v. Bayer Corp.* |
| WAW | 2 | 02-1764 | LAM | 3 | 02-258 | *David West v. Bayer Corp., et al.* |
| WAW | 2 | 02-1770 | LAW | 2 | 02-517 | *Robert Smith, Jr. v. Bayer Corp., et al.* |
| WAW | 2 | 01-1771 | LAW | 5 | 01-1391 | *Gwendolyn Piper Hudson, et al. v. Bayer Corp.* |
| WAW | 2 | 02-1776 | LAW | 5 | 02-457 | *Norman Evans v. Bayer Corp., et al.* |
| WAW | 2 | 02-1777 | LAW | 5 | 02-465 | *Barbara Specht v. Bayer Corp., et al.* |
| WAW | 2 | 02-2596 | MA | 1 | 02-11858 | *Cindy Ann Hunter v. Bayer Corp., et al.* |
| WAW | 2 | 02-2597 | MD | 1 | 02-323 | *Joseph L. Peyton v. Perrigo Co., et al.* |
| WAW | 2 | 02-2599 | MN | 0 | 01-2431 | *Alicia Quezada v. McKesson Corp.* |
| WAW | 2 | 03-938 | MSN | 2 | 02-260 | *Ruby Cunningham v. Bayer Corp., et al.* |
| WAW | 2 | 03-2479 | MSN | 4 | 03-235 | *Susan Buckner v. Novartis Consumer Health, Inc., et al.* |
| WAW | 2 | 03-2480 | MSS | 1 | 03-265 | *Pauline Thomas, et al. v. Bayer Consumer Care, et al.* |
| WAW | 2 | 03-2481 | MSS | 1 | 03-266 | *Loretta Thornton, et al. v. Bayer Consumer Care* |
| WAW | 2 | 02-2536 | MSS | 2 | 02-562 | *Dina Smith, etc. v. American Home Products Corp., et al.* |
| WAW | 2 | 03-849 | MSS | 2 | 03-76 | *Emma Dale Parker, etc. v. Wyeth, et al.* |
| WAW | 2 | 01-1700 | MSS | 3 | 01-576 | *Donna Compton, et al. v. Whitehall-Robins, et al.* |
| WAW | 2 | 03-2732 | MSS | 5 | 03-110 | *Lessie Brown v. Bayer Corp., et al.* |
| WAW | 2 | 03-2856 | MSS | 5 | 03-357 | *Melvin Carter v. Bayer Consumer Care, et al.* |
| WAW | 2 | 03-428 | NJ | 2 | 02-5140 | *Medora Maanum, et al. v. Wyeth* |
| WAW | 2 | 02-1532 | NV | 2 | 02-90 | *Maria Ronberg, et al. v. Albertsons, Inc., et al.* |
| WAW | 2 | 03-236 | PAE | 2 | 02-8278 | *Natalie Haller, etc. v. Smithkline Beecham, et al.* |
| WAW | 2 | 03-241 | PAE | 2 | 02-8306 | *Dean Morgan, et al. v. Smithkline Beecham Corp.* |
| WAW | 2 | 03-477 | TXS | 4 | 02-4785 | *Harold Woodson v. Kroger Texas, LP, et al.* |
| WAW | 2 | 03-631 | WVN | 5 | 02-128 | *Philip L. Malatinsky, et al. v. Novartis, AG, et al.* |
| WAW | 2 | 03-1383 * | TNW | 2 | 01-2921 | *Brenda Jenkins, et al. v. American Home Products* |
| WAW | 2 | 03-1386 * | MSS | 3 | 01-528 | *John McGuffee v. Bayer Corporation* |
| WAW | 2 | 03-1393 * | CAN | 3 | 01-4180 | *Willie McDole v. Glaxo Smithkline Plc, et al.* |
| WAW | 2 | 03-1394 * | TNM | 3 | 01-1489 | *June Norman v. Bayer Corporation* |
| WAW | 2 | 03-1395 * | TNM | 3 | 01-1489 | *Lula Bell Lindsey v. Bayer Corporation* |
| WAW | 2 | 03-1396 * | TNM | 3 | 01-1489 | *Pam Fort v. Bayer Corporation* |
| WAW | 2 | 03-1398 * | TNM | 3 | 01-1489 | *Freda Goodwin v. Bayer Corporation* |
| WAW | 2 | 03-2081 * | LAM | 3 | 03-74 | *Beulah Franklin v. Wyeth, et al.* |
| WAW | 2 | 03-2095 * | MSN | 4 | 01-272 | *Roosevelt Catchings v. Bayer Corp., et al.* |
| WAW | 2 | 03-2101 * | MSS | 4 | 01-169 | *Laura L. Tanner v. Bayer Corp., et al.* |
| WAW | 2 | 03-2159 * | NYE | 1 | 01-7539 | *Jeffery Reeder v. Bayer Corp., et al.* |
| WAW | 2 | 03-2923 * | ALN | 2 | 03-302 | *Vivian Lamar v. Bayer Consumer Care, et al.* |

\* WAW case number assigned after severance order was issued in W.D. Washington