IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-00230-WYD-MJW

JANET TAYLOR and HENRY TAYLOR,

 Plaintiffs,

v.

BAYER CORPORATION, et al.,

 Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE AGAINST CERTAIN DEFENDANTS**
_____

 Pursuant to the Stipulation of Dismissal with Prejudice filed September 20, 2005, it is hereby

 ORDERED that Plaintiffs' claims and causes of action against Defendants Bristol-Myers Squibb Company and Apothecon, Inc. in the above-referenced matter are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The case remains pending against the other Defendants.

 Dated: September 20, 2005

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge