IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-00230-WYD-MJW

JANET TAYLOR and HENRY TAYLOR,

    Plaintiffs,

v.

BAYER CORPORATION, et al.,

    Defendants.
_____

**ORDER**
_____

    This matter is before the Court on a review of the file. A Conditional Remand Order was filed with this Court on June 28, 2005. Pursuant to that Order, this case was remanded to this Court from the Judicial Panel on Multidistrict Litigation in Re Phenylpropanolamine (PPA) Liability Litigation. By Order dated September 20, 2005, I dismissed certain Defendants pursuant to a Stipulation for Dismissal with Prejudice filed by the parties. Nothing further has happened in this case as to the remaining claims and Defendants. Accordingly, it is

    ORDERED that the parties shall file a joint status report in this case on or before **Wednesday, December 7, 2005**, indicating what action needs to occur in this case. The status report shall include a statement as to whether further discovery needs to be conducted, whether dispositive motions will be filed, whether the case needs to be set for trial, and any other action to be taken in this case.

Dated: November 23, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge