IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-00230-WYD-MJW

JANET TAYLOR and HENRY TAYLOR,

    Plaintiffs,

v.

BAYER CORPORATION, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice of the claims in this case. The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal With Prejudice (filed January 18, 2006) is **GRANTED**. In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

Dated: January 19, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge